Reversed and Remanded and Majority and Dissenting Opinions filed May 22,
2007








Reversed and Remanded and
Majority and Dissenting Opinions filed May 22, 2007. 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00996-CV

____________

 

GEORGE MATHIS, JR., Appellant

 

V.

 

RESTORATION BUILDERS, INC., Appellee

 



 

On Appeal from the 215th District Court 

Harris
County, Texas

Trial Court Cause No. 2002-45378C

 



 

D I S S E
N T I N G   O P I N I O N

I do not
agree with the majority opinion that Restoration=s failure to cover the hole could be
a proximate cause of someone else covering it with a defective material. 
Therefore, I would not reverse the summary judgment on that basis.

_____________________ 

Richard
Edelman 

Justice

 

Judgment rendered and Majority and
Dissenting Opinions filed May 22, 2007.

Panel consists of Justices Fowler,
Edelman, and Frost. (Fowler, J.,
majority)